(85 South. 480)

CORONA COAL CO. v. WRIGHT.
(6 Div. 38.)

(Supreme Court of Alabama. April 22, 1920.)

Appeal from Circuit Court, Walker County; J. J. Curtis, Judge.

Action by Annis Wright against the Corona Coal Company for damage to land by overflow, etc. From judgment for plaintiff, defendant appeals. Affirmed.

A. F. Fite, of Jasper, for appellant.
Ray & Cooner, of Jasper, for appellee.

PER CURIAM. The judgment of the court below is affirmed, upon the authority of Corona Coal Co. v. Hooker, ante, p. 221, 85 South. 477, this day decided.

Affirmed.

ANDERSON, C. J., and SAYRE, GARDNER, and THOMAS, JJ., concur.